# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00113-CV

### McCulloch County, Appellant

### v.

### Silver Creek Ventures, L.L.C. d/b/a Heritage Ranch; and Ranch Enterprises, Ltd., Appellees

---

### FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
### NO. 2023002, THE HONORABLE MELVIN REX EMERSON JR., JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant McCulloch County has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

J. Woodfin Jones, Justice

Before Justices Baker, Smith, and Jones[*]

Dismissed on Appellant's Motion

Filed: March 31, 2023

---

[*]Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).